EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 1 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HARVEY D. VILLACRUZES,　　(01)<br><br>　　　　　　　　Defendant. | CR. NO. CR03 00484 DAE<br><br>INDICTMENT<br><br>Count 1: 18 U.S.C. §§<br>　922(g)(1) and 924(a)(2)<br>Count 2: 18 U.S.C. §§<br>　922(g)(3) and 924(a)(2)<br>Count 3: 18 U.S.C. §§<br>　2, 922(g)(3) and 924(a)(2) |

**INDICTMENT**

## COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about January 11, 2003, in the District of Hawaii, the defendant HARVEY D. VILLACRUZES, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Model 883, .22 caliber rifle, bearing serial number 04502131, manufactured by Marlin in the State of Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about January 11, 2003, in the District of Hawaii, the defendant HARVEY D. VILLACRUZES, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Model 883, .22 caliber rifle, bearing serial number 04502131, manufactured by Marlin in the State of Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**COUNT 3**
(18 U.S.C. §§ 2, 922(g)(3) and 924(a)(2))

The Grand Jury further charges:

On or about January 11, 2003, in the District of Hawaii, the defendant HARVEY D. VILLACRUZES did knowingly aid and abet the commission of an offense against the United States, that is, the illegal possession of a firearm in violation of Title 18, United States Code, Section 922(g)(3), by M.V.

All in violation of Title 18, United States Code, Sections 2(a), 922(g)(3), and 924(a)(2).

DATED: October 1, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. HARVEY D. VILLACRUZES
Cr. No.         (Indictment)